IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01514–WJM–KMT

DOROTHY R. BASSETT,

    Plaintiff,

v.

WILD WEST BALLOON ADVENTURES, INC., and
IAN J. COX,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

In light of "Plaintiff's Consent to Defendants' Unopposed Motion for Leave to File an Amended Answer to Plaintiff's Complaint" (Doc. No. 20, filed Oct. 17, 2012), Defendants' Motion to Amend Answer to the Complaint (Doc. No. 17, filed Oct. 11, 2012) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is direct to file Defendants' Amended Answer and Jury Demand (Doc. No. 17-1).

Dated: October 17, 2012