## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 12-cv-1514-WJM-CBS

DOROTHY R. BASSETT

    Plaintiff,

v.

WILD WEST BALLOON ADVENTURES, INC., and
IAN J. COX

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed January 15, 2013 (ECF No. 27). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her, his or its own attorney's fees and costs.

Dated this 16th day of January, 2013.

                                                BY THE COURT:

                                                William J. Martínez
                                                United States District Judge